**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| FAULK COMPANY, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) Case No. 4:24-cv-00609<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. )<br>) | |

## JOINT PROPOSAL REGARDING BRIEFING SCHEDULE

Plaintiff Faulk Company, Inc. and Defendant the United States of America (collectively, "the Parties"), pursuant to the Court Order entered on February 4, 2025 (ECF No. 27), state as follows:

1. On February 4, 2025, the Court entered an order advising the Parties that it "proposes that the Parties' briefing on Defendants' Motion to Dismiss be converted to a motion for summary judgment." ECF No. 27 at 1. The Court noted that "[i]f the Parties so desire, they may also submit an additional 10 pages as cross-motions for summary judgment to supplement their current briefing." *Id.* at 1 n.2. The Court ordered the Parties to "meet and confer regarding this proposal and submit any objections to transitioning to summary judgment by February 11, 2025." *Id.* at 2. If the Parties agree with the Court's proposal, the Court ordered that they "include a joint proposal for a briefing schedule by February 11, 2025." *Id.*

2. On February 7, 2025, counsel had a telephone conference to discuss the Order. The Parties do not object to transitioning the United States' motion to dismiss to a motion for summary judgment as to the following issues:

   A. <u>Count I</u>: Whether 42 U.S.C. § 18081 and 26 U.S.C. § 4980H permit the IRS to certify and assess the employer shared responsibility payment against Faulk for tax year 2019 and thus whether Faulk is entitled to a refund under 26 U.S.C. § 7422.

   B. <u>Counts III and IV</u>: Whether 45 C.F.R. § 155.31(i) conflicts with 42 U.S.C. § 18081 and 26 U.S.C. § 4980H.

   C. <u>Counts III and IV</u>: Whether Faulk has standing to challenge 45 C.F.R. § 155.310(i).

   D. <u>Counts III and IV</u>: Whether the Declaratory Judgment Act precludes issuance of a declaration invalidating 45 C.F.R. § 155.310(i).

 3. The Parties believe that resolution of the above issues will be dispositive in determining Faulk's claims.

 4. As requested by the Court, the Parties propose the following briefing schedule:

- <u>March 13, 2025</u>: Deadline to file optional brief to supplement current briefing (limit 10 pages)

- <u>April 14, 2025</u>: Deadline to file response to optional brief (limit 10 pages)

| | |
|---|---|
| Dated: February 11, 2025<br><br>DAVID A. HUBBERT<br>Deputy Assistant Attorney General<br><br>*/s/ Mary Elizabeth Smith*<br>MARY ELIZABETH SMITH<br>Maryland Bar No. 0712110235<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>1700 Pacific Avenue, Suite 3700<br>Dallas, Texas 75201<br>(214) 880-9779 (v)<br>(214) 880-9741 (f)<br>Mary.E.Smith@usdoj.gov<br><br>**COUNSEL FOR DEFENDANT** | Respectfully submitted,<br><br>By: */s/ Taylor Winn*<br>Christopher Howe<br>Texas Bar No.: 10089400<br>Taylor Winn<br>Texas Bar No.: 24115960<br>**KELLY HART & HALLMAN LLP**<br>201 Main Street, Suite 2500<br>Fort Worth, TX 76102<br>(817) 332-2500<br>(817) 878-9280<br>christopher.howe@kellyhart.com<br>taylor.winn@kellyhart.com<br><br>David LeFevre<br>Texas Bar No.: 24072202<br>**LEFEVRE LAW PC**<br>Mail:    1302 Waugh Dr #189<br>           Houston, TX 77019<br>Office:  4201 Main St, Ste 200-153<br>           Houston, TX 77002<br>(713) 581-1987<br>david@erisafire.com<br><br>Christine Vanderwater<br>Texas Bar No.: 24137259<br>**LEFEVRE LAW PC**<br>Mail:    1302 Waugh Dr #189<br>           Houston, TX 77019<br>Office:  4201 Main St, Ste 200-153<br>           Houston, TX 77002<br>(832) 225-2289<br>christine@erisafire.com<br><br>**ATTORNEYS FOR PLAINTIFF FAULK COMPANY, INC.** |

## CERTIFICATE OF SERVICE

I certify that on February 11, 2025, I filed the foregoing document with the Clerk of Court using the CM/ECF electronic filing system, which will send notification to all counsel of record.

*/s/ Mary Elizabeth Smith*
MARY ELIZABETH SMITH