UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**FAULK COMPANY, INC.,**

   Plaintiff,

v.     No. 4:24-cv-00609-P

**XAVIER BECERRA, ET AL.,**

   Defendant.

## FINAL JUDGMENT

This final judgment is issued pursuant to Federal Rule of Civil Procedure 58(a). In accordance with the Court's Opinion & Order (ECF No. 38), this case is **DISMISSED with prejudice**. The Clerk of the Court shall transmit a true copy of this judgment to the Parties.

As stated in Federal Rule of Civil Procedure 54, Plaintiff's application for attorney's fees must be filed within fourteen days of the entry of this judgment. FED. R. CIV. P. 54(d)(2)(B)(i). Accordingly, the Court **ORDERS** that Plaintiff file any application for attorney's fees **on or before May 7, 2025**; any response by Defendants shall be filed **on or before May 21, 2025**; and any reply by Plaintiff shall be filed **on or before May 28, 2025**.

**SO ORDERED** on this **23rd day of April 2025.**

**MARK T. PITTMAN**
UNITED STATES DISTRICT JUDGE