# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| FAULK COMPANY, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> UNITED STATES DEPARTMENT OF HEALTH ) <br> AND HUMAN SERVICES, ) <br> ROBERT F. KENNEDY, Jr., in his official capacity ) <br> as Secretary of HHS, and ) <br> MEHMET OZ, M.D., in his official capacity as ) <br> Administrator of CMS, ) <br> ) <br> Defendants. ) <br> ) | Case No. 4:24-cv-00609 |

## NOTICE OF APPEAL

Notice is hereby given that Defendants the United States of America, the United States Department of Health and Human Services, Robert F. Kennedy, in his official capacity as Secretary of HHS, and Mehmet Oz, M.D., in his official capacity as Administrator of the Centers for Medicare and Medicaid Services, appeals to the United States Court of Appeals for the Fifth Circuit from the Order and Amended Final Judgment entered in this action on April 25, 2025 (ECF No. 41).

Dated: June 20, 2025                              Respectfully submitted,

                                                */s/ Mary Elizabeth Smith*  
                                                MARY ELIZABETH SMITH  
                                                Maryland Bar No. 0712110235  
                                                Trial Attorney, Tax Division  
                                                U.S. Department of Justice  
                                                717 N. Harwood, Suite 400  
                                                Dallas, Texas 75201  
                                                (214) 880-9779 (v)  
                                                (214) 880-9741 (f)  
                                                Mary.E.Smith@usdoj.gov

                                                *Counsel for the United States of America*

## CERTIFICATE OF SERVICE

I certify that on June 20, 2025, I filed the foregoing document with the Clerk of Court using the CM/ECF electronic filing system, which will send notification to all counsel of record.

*/s/ Mary Elizabeth Smith*
MARY ELIZABETH SMITH